

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00551-CR

**IN RE** Carlos **ZUNIGA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: September 18, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

On August 19, 2019, relator filed a petition for writ of mandamus by which he seeks to compel the Board of Pardons and Paroles to determine relator is entitled to parole, "reverse the lower court's judgment in whole or in part and [sic] the judgment of the lower court [sic] should have rendered at parole review." This court's mandamus jurisdiction does not extend to the Board of Pardons and Paroles. *See* TEX. GOV'T CODE § 22.221(a), (b). Therefore, we dismiss relator's petition for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.